## IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER: 13 |
| CRISTINE ALYCE HANDLER | : | CASE NO18-12457-MDC |
| DEBTOR | : | NOTICE OF OBJECTION |

**NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE**

The Debtor has filed an Objection to Proof of Claim with the court.

<u>Your rights may be affected</u>.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult an attorney.)

1. If you do not want the Court to grant the relief sought in the Motion or if you want the Court to consider your views on the Motion, then **on or before October 30, 2018, you or your attorney must do all of the following**:

    (a.)    File an answer explaining your position at:

        Clerk, U.S. Bankruptcy Court, Eastern District of Pennsylvania
        Robert N. C. Nix Sr. Federal Courthouse
        900 Market Street
        Philadelphia, PA 19107

    (b.)    Mail a copy to the Movant:

        Paul A. R. Stewart, Esquire
        Helm Legal Services LLC
        333 E. Lancaster Avenue, Suite 140
        Wynnewood, PA 19096

2.    If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the Court may enter an Order granting the relief requested in the motion.

3.    **A hearing on the Motion is scheduled to be held before the Honorable Magdeline D. Coleman on <u>Tuesday, November 13, 2018 at 10:30 am</u> at the Robert N.C. Nix Sr. Federal Courthouse, Courtroom #2, 900 Market Street, Philadelphia, PA 19107.** Unless the Court orders otherwise, the hearing, on this contested matter will be an evidentiary hearing at which witnesses may testify with respect to disputed material factual issues in the manner directed by Fed. R. Bankr. P. 9014(d).

Dated: October 5, 2018

/s/ Paul A. R. Stewart
Paul A. R. Stewart, Esquire
Legal Helm LLC
333 E. Lancaster Ave, Suite 140
Wynnewood, PA 19096
610-864-5600
Attorney for Debtor

# IN THE UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER: 13 |
| CRISTINE ALYCE HANDLER | : | CASE NO18-12457-MDC |
| DEBTOR | : | NOTICE OF OBJECTION |

## CERTIFICATE OF SERVICE

I, Paul A. R. Stewart, Esquire, hereby certify that on October 5, 2018, I served Walter William Gouldsbury, III, , Counsel for Bank, the US Trustee's Office and Standing Chapter 13 Trustee's Office, via first class regular mail and/or electronic filing, with a true and correct copy of the <u>Debtor's Notice of Hearing, Response Deadline and Hearing Date</u>.

**Counsel for Bank**
Udren Law Office
Walter William Gouldsbury, III
111 Woodcrest Road, Suite 200
Cherry Hill, NJ 08003
856-669-5400

**United States Trustee**
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

**William C. Miller, Esquire (Trustee)**
Chapter 13 Trustee
111 S. Independence Mall, Suite 583
Philadelphia, PA 19106
and
1234 MARKET STREET, SUITE 1813
PHILADELPHIA, PA 19107

Dated: October 5, 2018

/s/ Paul A. R. Stewart
Paul A. R. Stewart, Esquire
Legal Helm LLC
333 E. Lancaster Ave, Suite 140
Wynnewood, PA 19096
610-864-5600
Attorney for Debtor

3

4