# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| | : | |
| Cristine Alyce Handler, | : | |
| | : | NO. 18-12457 MDC |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing <u>Notice of Motion, Response Deadline and Hearing Date</u> was served on October 10, 2018, via first class mail, postage prepaid, upon the following:

**Counsel for Bank**
Udren Law Office
Walter William Gouldsbury, III
111 Woodcrest Road, Suite 200
Cherry Hill, NJ 08003
856-669-5400

/s/ Paul A.R. Stewart
Legal Helm, LLC
Paul A.R. Stewart, Esquire
Attorney for Debtor
