**Fill in this information to identify your case:**

Debtor 1: Cristine Alyce Handler
(First Name / Middle Name / Last Name)

Debtor 2: _____
(Spouse, if filing) (First Name / Middle Name / Last Name)

United States Bankruptcy Court for the: Eastern District of Pennsylvania

Case number (If known): 18-12457-mdc

☑ Check if this is an amended filing

Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy      04/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Give Details About Your Marital Status and Where You Lived Before

**1. What is your current marital status?**

☑ Married
☐ Not married

**2. During the last 3 years, have you lived anywhere other than where you live now?**

☑ No
☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2: | Dates Debtor 2 lived there |
|---|---|---|---|
| 817 Buck Road<br>Holland, PA 18966 | From _____<br>To Present | ☐ Same as Debtor 1 | ☐ Same as Debtor 1<br>From _____<br>To _____ |
| | From _____<br>To _____ | ☐ Same as Debtor 1 | ☐ Same as Debtor 1<br>From _____<br>To _____ |

**3. Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☐ No
☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

## Part 2: Explain the Sources of Your Income

Official Form 107        **Statement of Financial Affairs for Individuals Filing for Bankruptcy**        page **1**

Debtor 1  **Cristine Alyce Handler**
First Name / Middle Name / Last Name

Case number (if known) **18-12457-mdc**

4. **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
   Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
   If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

   ☐ No
   ☑ Yes. Fill in the details.

   |  | **Debtor 1** | | **Debtor 2** | |
   |---|---|---|---|---|
   |  | Sources of income<br>Check all that apply. | Gross income<br>(before deductions and exclusions) | Sources of income<br>Check all that apply. | Gross income<br>(before deductions and exclusions) |
   | **From January 1 of current year until the date you filed for bankruptcy:** | ☐ Wages, commissions, bonuses, tips<br>☑ Operating a business | $ 0.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ |
   | **For last calendar year:**<br>(January 1 to December 31, 2017) | ☐ Wages, commissions, bonuses, tips<br>☑ Operating a business | $ 2943.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ |
   | **For the calendar year before that:**<br>(January 1 to December 31, 2016) | ☐ Wages, commissions, bonuses, tips<br>☑ Operating a business | $ 2038.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ |

5. **Did you receive any other income during this year or the two previous calendar years?**
   Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

   List each source and the gross income from each source separately. Do not include income that you listed in line 4.

   ☐ No
   ☑ Yes. Fill in the details.

   |  | **Debtor 1** | | **Debtor 2** | |
   |---|---|---|---|---|
   |  | Sources of income<br>Describe below. | Gross income from each source<br>(before deductions and exclusions) | Sources of income<br>Describe below. | Gross income from each source<br>(before deductions and exclusions) |
   | **From January 1 of current year until the date you filed for bankruptcy:** | Social Security | $ 2895.00<br>$<br>$ |  | $<br>$<br>$ |
   | **For last calendar year:**<br>(January 1 to December 31, 2017) | Social Security | $ 11,352.00<br>$<br>$ |  | $<br>$<br>$ |
   | **For the calendar year before that:**<br>(January 1 to December 31, 2016) | Social Security | $ 11,315.00<br>$<br>$ |  | $<br>$<br>$ |

Official Form 107    **Statement of Financial Affairs for Individuals Filing for Bankruptcy**    page **2**

Debtor 1  __Cristine__  __Alyce__  __Handler_____     Case number (if known)__18-12457-mdc_____
  First Name   Middle Name   Last Name

## Part 3: List Certain Payments You Made Before You Filed for Bankruptcy

**6. Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

❏ **No. Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,425* or more?

❏ No. Go to line 7.

❏ Yes. List below each creditor to whom you paid a total of $6,425* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

* Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.

☑ **Yes. Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☑ No. Go to line 7.

❏ Yes. List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for |
|---|---|---|---|---|
| _____<br>Creditor's Name<br><br>_____<br>Number  Street<br><br>_____<br>City        State      ZIP Code | _____<br><br>_____<br><br>_____ | $_____ | $_____ | ❏ Mortgage<br>❏ Car<br>❏ Credit card<br>❏ Loan repayment<br>❏ Suppliers or vendors<br>❏ Other _____ |
| _____<br>Creditor's Name<br><br>_____<br>Number  Street<br><br>_____<br>City        State      ZIP Code | _____<br><br>_____<br><br>_____ | $_____ | $_____ | ❏ Mortgage<br>❏ Car<br>❏ Credit card<br>❏ Loan repayment<br>❏ Suppliers or vendors<br>❏ Other _____ |
| _____<br>Creditor's Name<br><br>_____<br>Number  Street<br><br>_____<br>City        State      ZIP Code | _____<br><br>_____<br><br>_____ | $_____ | $_____ | ❏ Mortgage<br>❏ Car<br>❏ Credit card<br>❏ Loan repayment<br>❏ Suppliers or vendors<br>❏ Other _____ |

Debtor 1   Cristine   Alyce   Handler                                     Case number *(if known)* __18-12457-mdc__
           First Name  Middle Name  Last Name

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
   *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

   ☒ No
   ☐ Yes. List all payments to an insider.

   |  | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
   |---|---|---|---|---|
   | Insider's Name <br> Number  Street <br> City  State  ZIP Code | _____ _____ | $_____ | $_____ |  |
   | Insider's Name <br> Number  Street <br> City  State  ZIP Code | _____ _____ | $_____ | $_____ |  |

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
   Include payments on debts guaranteed or cosigned by an insider.

   ☒ No
   ☐ Yes. List all payments that benefited an insider.

   |  | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment <br> Include creditor's name |
   |---|---|---|---|---|
   | Insider's Name <br> Number  Street <br> City  State  ZIP Code | _____ _____ | $_____ | $_____ |  |
   | Insider's Name <br> Number  Street <br> City  State  ZIP Code | _____ _____ | $_____ | $_____ |  |

Debtor 1  __Cristine__ __Alyce__ __Handler__   Case number (if known) __18-12457-mdc__
          First Name  Middle Name  Last Name

## Part 4: Identify Legal Actions, Repossessions, and Foreclosures

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
   List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

   ☑ No
   ☐ Yes. Fill in the details.

   | | Nature of the case | Court or agency | Status of the case |
   |---|---|---|---|
   | Case title _____ <br> _____ <br> Case number _____ | | Court Name _____ <br> Number   Street _____ <br> City   State   ZIP Code | ☐ Pending <br> ☐ On appeal <br> ☐ Concluded |
   | Case title _____ <br> _____ <br> Case number _____ | | Court Name _____ <br> Number   Street _____ <br> City   State   ZIP Code | ☐ Pending <br> ☐ On appeal <br> ☐ Concluded |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
    Check all that apply and fill in the details below.

    ☐ No. Go to line 11.
    ☑ Yes. Fill in the information below.

    | | Describe the property | Date | Value of the property |
    |---|---|---|---|
    | Sortis <br> Creditor's Name <br> _____ <br> Number   Street <br> _____ <br> City   State   ZIP Code | 817 Buck Road <br> Holland, PA 18966 | _____ | $_____ |

    **Explain what happened**
    ☐ Property was repossessed.
    ☑ Property was foreclosed.
    ☐ Property was garnished.
    ☐ Property was attached, seized, or levied.

    | | Describe the property | Date | Value of the property |
    |---|---|---|---|
    | _____ <br> Creditor's Name <br> _____ <br> Number   Street <br> _____ <br> City   State   ZIP Code | | _____ | $_____ |

    **Explain what happened**
    ☐ Property was repossessed.
    ☐ Property was foreclosed.
    ☐ Property was garnished.
    ☐ Property was attached, seized, or levied.

Debtor 1  **Cristine   Alyce   Handler**
　　　　　First Name　Middle Name　Last Name

Case number *(if known)* __18-12457-mdc__

---

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

    ☑ No
    ☐ Yes. Fill in the details.

    | Creditor's Name / Address | Describe the action the creditor took | Date action was taken | Amount |
    |---|---|---|---|
    | _____<br>Creditor's Name<br>_____<br>Number   Street<br>_____<br>_____<br>City      State  ZIP Code | | _____ | $_____ |

    Last 4 digits of account number: XXXX–___ ___ ___ ___

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

    ☑ No
    ☐ Yes

---

### Part 5: List Certain Gifts and Contributions

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

    ☑ No
    ☐ Yes. Fill in the details for each gift.

    | Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
    |---|---|---|---|
    | _____<br>Person to Whom You Gave the Gift<br>_____<br>Number   Street<br>_____<br>City     State  ZIP Code<br>Person's relationship to you _____ | | _____<br>_____ | $_____<br>$_____ |
    | _____<br>Person to Whom You Gave the Gift<br>_____<br>Number   Street<br>_____<br>City     State  ZIP Code<br>Person's relationship to you _____ | | _____<br>_____ | $_____<br>$_____ |

---

Debtor 1   Cristine   Alyce   Handler   Case number (if known) 18-12457-mdc
  First Name  Middle Name  Last Name

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

   ☑ No
   ☐ Yes. Fill in the details for each gift or contribution.

   | Gifts or contributions to charities that total more than $600 | Describe what you contributed | Date you contributed | Value |
   |---|---|---|---|
   | _____ Charity's Name | | _____ | $_____ |
   | _____ | | _____ | $_____ |
   | _____ Number  Street | | | |
   | _____ City  State  ZIP Code | | | |

## Part 6: List Certain Losses

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

   ☑ No
   ☐ Yes. Fill in the details.

   | Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br>Include the amount that insurance has paid. List pending insurance claims on line 33 of Schedule A/B: Property. | Date of your loss | Value of property lost |
   |---|---|---|---|
   | | | _____ | $_____ |

## Part 7: List Certain Payments or Transfers

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
   Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

   ☐ No
   ☑ Yes. Fill in the details.

   | | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
   |---|---|---|---|
   | Helm Legal Services<br>Person Who Was Paid<br>333 E. Lancaster Ave<br>Number  Street<br>Suite 140<br>Wynnewood,  PA  19096<br>City  State  ZIP Code<br>pstewart@legalhelm.com<br>Email or website address<br>_____<br>Person Who Made the Payment, if Not You | Payment made to Attorney Paul Stewart for Bankruptcy services and filings. | 4/20/2018<br><br>4/26/2018 | $ 3000.00<br><br>$ 410.00 |

Debtor 1  Cristine   Alyce   Handler         Case number (*if known*) 18-12457-mdc
         First Name  Middle Name  Last Name

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Person Who Was Paid | | _____ | $_____ |
| Number   Street | | | |
| | | _____ | $_____ |
| City   State   ZIP Code | | | |
| Email or website address | | | |
| Person Who Made the Payment, if Not You | | | |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
    Do not include any payment or transfer that you listed on line 16.

    ☑ No
    ☐ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Person Who Was Paid | | _____ | $_____ |
| Number   Street | | | |
| | | _____ | $_____ |
| City   State   ZIP Code | | | |

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
    Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property).
    Do not include gifts and transfers that you have already listed on this statement.

    ☑ No
    ☐ Yes. Fill in the details.

| | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| Person Who Received Transfer | | | _____ |
| Number   Street | | | |
| City   State   ZIP Code | | | |
| Person's relationship to you _____ | | | |
| Person Who Received Transfer | | | _____ |
| Number   Street | | | |
| City   State   ZIP Code | | | |
| Person's relationship to you _____ | | | |

Official Form 107                    **Statement of Financial Affairs for Individuals Filing for Bankruptcy**                    page **8**

Debtor 1 __Cristine____Alyce____Handler_____     Case number (*if known*)__18-12457-mdc_____
          First Name   Middle Name   Last Name

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

    ☑ No
    ❑ Yes. Fill in the details.

    |  | Description and value of the property transferred | Date transfer was made |
    |---|---|---|
    | Name of trust _____ | | _____ |
    | _____ | | |

### Part 8: List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
    Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

    ☑ No
    ❑ Yes. Fill in the details.

    |  | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
    |---|---|---|---|---|
    | _____ **Name of Financial Institution** _____ **Number   Street** _____ **City        State    ZIP Code** | XXXX–___ ___ ___ ___ | ❑ Checking ❑ Savings ❑ Money market ❑ Brokerage ❑ Other_____ | _____ | $_____ |
    | _____ **Name of Financial Institution** _____ **Number   Street** _____ **City        State    ZIP Code** | XXXX–___ ___ ___ ___ | ❑ Checking ❑ Savings ❑ Money market ❑ Brokerage ❑ Other_____ | _____ | $_____ |

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

    ☑ No
    ❑ Yes. Fill in the details.

    |  | Who else had access to it? | Describe the contents | Do you still have it? |
    |---|---|---|---|
    | _____ **Name of Financial Institution** _____ **Number   Street** _____ **City        State    ZIP Code** | _____ **Name** _____ **Number   Street** _____ **City    State    ZIP Code** | | ❑ No ❑ Yes |

Official Form 107           **Statement of Financial Affairs for Individuals Filing for Bankruptcy**           page **9**

Debtor 1  <u>Cristine   Alyce   Handler</u>                     Case number (*if known*) <u>18-12457-mdc</u>
          First Name  Middle Name  Last Name

**22.** Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?

☑ No
☐ Yes. Fill in the details.

| | Who else has or had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| _____<br>**Name of Storage Facility** | _____<br>**Name** | | ☐ No<br>☐ Yes |
| _____<br>**Number     Street** | _____<br>**Number     Street** | | |
| _____<br>**City               State     ZIP Code** | _____<br>**City State  ZIP Code** | | |

### Part 9: Identify Property You Hold or Control for Someone Else

**23.** Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.

☑ No
☐ Yes. Fill in the details.

| | Where is the property? | Describe the property | Value |
|---|---|---|---|
| _____<br>**Owner's Name** | | | $_____ |
| _____<br>**Number     Street** | _____<br>**Number     Street** | | |
| _____<br>**City               State     ZIP Code** | _____<br>**City                         State     ZIP Code** | | |

### Part 10: Give Details About Environmental Information

**For the purpose of Part 10, the following definitions apply:**

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

**Report all notices, releases, and proceedings that you know about, regardless of when they occurred.**

**24.** Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?

☑ No
☐ Yes. Fill in the details.

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| _____<br>**Name of site** | _____<br>**Governmental unit** | | _____ |
| _____<br>**Number     Street** | _____<br>**Number     Street** | | |
| _____<br>**City               State     ZIP Code** | _____<br>**City                 State     ZIP Code** | | |

Debtor 1  Cristine Alyce Handler    Case number (if known) 18-12457-mdc
          First Name / Middle Name / Last Name

25. **Have you notified any governmental unit of any release of hazardous material?**
    ☑ No
    ☐ Yes. Fill in the details.

    | Governmental unit | Environmental law, if you know it | Date of notice |
    |---|---|---|
    | Name of site | | |
    | Number Street | Governmental unit | |
    | | Number Street | |
    | City State ZIP Code | City State ZIP Code | |

26. **Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**
    ☑ No
    ☐ Yes. Fill in the details.

    | | Court or agency | Nature of the case | Status of the case |
    |---|---|---|---|
    | Case title _____ | Court Name _____ | | ☐ Pending |
    | _____ | Number Street _____ | | ☐ On appeal |
    | Case number _____ | City State ZIP Code | | ☐ Concluded |

## Part 11: Give Details About Your Business or Connections to Any Business

27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?
    ☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time
    ☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)
    ☐ A partner in a partnership
    ☐ An officer, director, or managing executive of a corporation
    ☐ An owner of at least 5% of the voting or equity securities of a corporation

    ☐ No. None of the above applies. Go to Part 12.
    ☑ Yes. Check all that apply above and fill in the details below for each business.

    | Business Name: Cristine Handler's Craftworks | Describe the nature of the business: Production of Angel dolls and Fabric art crafts | Employer Identification number (Do not include Social Security number or ITIN.) EIN: 2 3 - 2 6 1 3 6 4 9 |
    |---|---|---|
    | Number Street: 817 Buck Road | Name of accountant or bookkeeper | Dates business existed: From 1994 To Present |
    | City State ZIP Code: Holland PA 18966 | | |
    | Business Name: | Describe the nature of the business: | Employer Identification number (Do not include Social Security number or ITIN.) EIN: __ __ - __ __ __ __ __ __ __ |
    | Number Street: | Name of accountant or bookkeeper | Dates business existed: From _____ To _____ |
    | City State ZIP Code: | | |

Official Form 107    **Statement of Financial Affairs for Individuals Filing for Bankruptcy**    page **11**

Debtor 1   Cristine  Alyce  Handler                              Case number *(if known)* 18-12457-mdc
           First Name  Middle Name  Last Name

| Business Name | Describe the nature of the business | Employer Identification number |
| --- | --- | --- |
| _____ | | Do not include Social Security number or ITIN. |
| Number  Street | | EIN: __ __ – __ __ __ __ __ __ __ |
| _____ | Name of accountant or bookkeeper | Dates business existed |
| _____ | | From _____  To _____ |
| City    State    ZIP Code | | |

**28.** Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.

☑ No
☐ Yes. Fill in the details below.

Name _____    Date issued

Number  Street _____    _____
                                       MM / DD / YYYY

_____

City    State    ZIP Code

## Part 12: Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

✗ ___/s/ Cristine Handler_____       ✗ _____
**Signature of Debtor 1**                   **Signature of Debtor 2**

Date 10/25/2018                             Date _____

**Did you attach additional pages to** *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* **(Official Form 107)?**

☑ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

☑ No
☐ Yes. Name of person_____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).