UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :         Bankruptcy No. 18-12457-MDC
    Cristine Alyce Handler,                :
        DEBTOR                          :         Chapter 13

## CERTIFICATION OF NO RESPONSE REGARDING OBJECTION TO PROOF OF CLAIM

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Objection to Proof of Claim filed on October 5, 2018, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection, or other responsive pleading to the Objection appears thereon. Pursuant to the Notice of Hearing, responses to the Objection were to be filed and served no later than October 30, 2018.

It is hereby respectfully requested the Order attached to the Objection to Proof of Claim be entered by the Court.

Respectfully Submitted,

/s/ Paul A.R. Stewart
_____
Legal Helm, LLC
Date: 11/07/2018                     PAUL A. R. STEWART
Attorney for Debtor

# IN THE UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | CHAPTER: 13 |
|---|---|---|
| **Cristine Alyce Handler,** | : | CASE NO: 18-12457-mdc |
| DEBTOR. | : | |

## CERTIFICATE OF SERVICE

I, Paul A. R. Stewart, Esquire, hereby certify that on November 7, 2018 , the Debtor's Certification of No Response was served upon Sortis Financial and the US Trustee's Office via electronic filing.

Udren Law Office
Walter William Gouldsbury, III
111 Woodcrest Road, Suite 200
Cherry Hill, NJ 08003
856-669-5400

US Trustee
United States Trustee
Office of the US Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107

| | |
|---|---|
| William C Miller, Esquire, Trustee | /s/ Paul A. R. Stewart_____ |
| Chapter 13 Trustee | Paul A. R. Stewart, Esquire |
| 111 S. Independence Mall, Suite 583 | Legal Helm LLC |
| Philadelphia, PA 19106 | 333 E. Lancaster Ave, Suite 140 |
| and | Wynnewood, PA 19096 |
| 1234 Market Street, Suite 1813 | 610-864-5600 |
| Philadlephia, PA 19107 | Attorney for Debtor |