## IN THE UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER: 13 |
| **Cristine Alyce Handler,** | : | CASE NO: 18-12457-mdc |
| DEBTOR. | : | |

## CERTIFICATE OF SERVICE

I, Paul A. R. Stewart, Esquire, hereby certify that on October 11, 2018 , the Debtor's

<u>Objection to Proof of Claim</u> was served upon Sortis Financial via regular mail upon:

Udren Law Office
Walter William Gouldsbury, III
111 Woodcrest Road, Suite 200
Cherry Hill, NJ 08003
856-669-5400

 

/s/ Paul A. R. Stewart_____
Paul A. R. Stewart, Esquire
Legal Helm LLC
333 E. Lancaster Ave, Suite 140
Wynnewood, PA 19096
610-864-5600
Attorney for Debtor

# Click-N-Ship® Label Record

**USPS TRACKING # / Insurance Number:**
**9405 8036 9930 0705 8192 97**

| | |
|---|---|
| Trans. #: | 446127548 |
| Print Date: | 10/11/2018 |
| Ship Date: | 10/11/2018 |
| Expected Delivery Date: | 10/12/2018 |
| Insured Value: | $1.00 |

| | |
|---|---|
| Priority Mail® Postage: | $6.70 |
| Insurance Fee | $0.00 |
| Total | $6.70 |

**From:** PAUL A STEWART
HELM LEGAL SERVICES
333 E LANCASTER AVE
STE 140
WYNNEWOOD PA 19096-1929

**To:** WALTER W GOULDSBURY, III
UDREN LAW OFFICES
111 WOODCREST RD
STE 200
CHERRY HILL NJ 08003-3620

\* Retail Pricing Priority Mail rates apply. There is no fee for USPS Tracking® service on Priority Mail service with use of this electronic rate shipping label. Refunds for unused postage paid labels can be requested online 30 days from the print date.

ing with the United States Postal Service!

# USPS Tracking®

FAQs › (https://www.usps.com/faqs/uspstracking-faqs.htm)

Track Another Package  +

Remove ✕

**Tracking Number:** 9405803699300705819297

On Time

**Expected Delivery on**

**FRIDAY**
**12** OCTOBER
2018 ⓘ

See Product Information ∨

Feedback

✓ **Delivered**

October 12, 2018 at 9:28 am
Delivered, PO Box
CHERRY HILL, NJ 08034

Get Updates ∨

---

Text & Email Updates ∨

---

Tracking History ∧

**October 12, 2018, 9:28 am**
Delivered, PO Box
CHERRY HILL, NJ 08034
Your item has been delivered and is available at a PO Box at 9:28 am on October 12, 2018 in CHERRY HILL, NJ 08034.

**October 12, 2018, 8:50 am**
Available for Pickup
CHERRY HILL, NJ 08003

**October 12, 2018, 8:40 am**
Sorting Complete
CHERRY HILL, NJ 08003

**October 12, 2018, 7:17 am**
Arrived at Unit
CHERRY HILL, NJ 08034

**October 12, 2018, 6:11 am**
Departed USPS Regional Facility
SOUTH JERSEY NJ DISTRIBUTION CENTER

**October 12, 2018, 4:44 am**
Arrived at USPS Regional Facility
SOUTH JERSEY NJ DISTRIBUTION CENTER

**October 11, 2018, 5:49 pm**
Departed Post Office
ARDMORE, PA 19003

**October 11, 2018, 2:04 pm**
USPS in possession of item
ARDMORE, PA 19003

Feedback

**Product Information** ∨

See Less ∧

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs (https://www.usps.com/faqs/uspstracking-faqs.htm)**

Feedback

**The easiest tracking number is the one you don't have to know.**

With Informed Delivery®, you never have to type in another tracking number. Sign up to:

- See images* of incoming mail.

- Automatically track the packages you're expecting.

- Set up email and text alerts so you don't need to enter tracking numbers.

- Enter USPS Delivery Instructions™ for your mail carrier.

**Sign Up**

**(https://reg.usps.com/entreg/RegistrationAction_input?**

*NOTE: Black and white (grayscale) images show the outside, front of letter-sized envelopes and mailpieces that are processed through USPS automated equipment.
**app=UspsTools&appURL=https%3A%2F%2Ftools.usps.com%2Fgo**