### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

---

In Re: Cristine Alyce Handler

      Debtor(s)

Case No: 18−12457−mdc

Chapter: 13

---

## NOTICE OF RESCHEDULED HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Magdeline D. Coleman

, United States Bankruptcy Court 4/11/19 at 09:30 AM , in Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Timothy B. McGrath
Clerk of Court

78 − 55
Form 152