*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Cristine Alyce Handler
    Debtor(s)

Case No: 18–12457–mdc
Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

RESCHEDULED HEARING FOR:

Objection to Debtor's Claim of Exemptions
filed by Trustee WILLIAM C. MILLER, Esq.

    on: 4/11/19

    at: 11:00 AM

    in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 3/21/19

Timothy B. McGrath
Clerk of Court

79 – 53
Form 167