United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Cristine Alyce Handler
    Debtor

Case No. 18-12457-mdc
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: John     Page 1 of 1     Date Rcvd: Mar 21, 2019
                          Form ID: 152    Total Noticed: 10

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 23, 2019.
```
db            +Cristine Alyce Handler,    817 Buck Road,    Holland, PA 18966-2134
cr            +ASG Mortgage Holdings, LLC,    18451 Dallas Parkway,    Ste 100,    Dallas, TX 75287-5209
cr            +Acqura Loan Services as servicer for DBI/ASG Mortg,    c/o KEVIN G. MCDONALD,
                701 Market St. Suite 5000,    Philadelphia, PA 19106-1541
14097472      +ASG Mortgage Holdings, LLC,    c/o WALTER WILLIAM GOULDSBURY, III,    Udren Law Office, P.C.,
                111 Woodcrest Rd. Suite 200,    Cherry Hill, NJ 08003-3620
14196930      +Acqura Loan Services,    servicer DBI/ASG Mortgage Holdings LLC,    c/o KEVIN G. MCDONALD,
                701 Market St. Suite 5000,    Philadelphia, PA 19106-1541
14126727     #+Sortis Financial, Inc.,    18451 Dallas Parkway, Ste 100,    Dallas, TX 75287-5209
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: megan.harper@phila.gov Mar 22 2019 03:02:01    City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA 19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 22 2019 03:01:41
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA 17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 22 2019 03:01:53    U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14104850      +E-mail/Text: ext_ebn_inbox@navyfederal.org Mar 22 2019 03:02:09    NAVY FEDERAL CREDIT UNION,
                PO BOX 3000,    MERRIFIELD, VA 22119-3000
                                                                                              TOTAL: 4

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14094936       PenFed Credit UnionPO Box 1432Alexandria, VA 223
                                                                                   TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 23, 2019                                                     Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 21, 2019 at the address(es) listed below:
```
          JACQUELINE M. CHANDLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
            philaecf@gmail.com
          JACQUELINE M. CHANDLER    on behalf of Debtor Cristine Alyce Handler ecfemails@ph13trustee.com,
            philaecf@gmail.com
          KEVIN G. MCDONALD    on behalf of Creditor    Acqura Loan Services as servicer for DBI/ASG Mortgage
            Holdings, LLC bkgroup@kmllawgroup.com
          KEVIN G. MCDONALD    on behalf of Creditor    DBI/ASG Mortgage Holdings, LLC bkgroup@kmllawgroup.com
          PAUL A.R. STEWART    on behalf of Debtor Cristine Alyce Handler pstewart@legalhelm.com,
            jurisabnelson@gmail.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WALTER WILLIAM GOULDSBURY, III    on behalf of Creditor    DBI/ASG Mortgage Holdings, LLC
            wgouldsbury@udren.com, vbarber@udren.com
          WALTER WILLIAM GOULDSBURY, III    on behalf of Creditor    ASG Mortgage Holdings, LLC
            wgouldsbury@udren.com, vbarber@udren.com
          WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
            philaecf@gmail.com
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 10
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Cristine Alyce Handler
    Debtor(s)

Case No: 18−12457−mdc
Chapter: 13

---

### *NOTICE OF RESCHEDULED HEARING*

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Magdeline D. Coleman

, United States Bankruptcy Court 4/11/19 at 09:30 AM , in Courtroom #2, 900 Market Street, Philadelphia, PA 19107

 

For The Court

Timothy B. McGrath
Clerk of Court

78 – 55
Form 152