UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Cristine Alyce Handler <br>         Debtor <br><br> DBI/ASG Mortgage Holdings, LLC <br>         Movant <br>        v. <br> Cristine Alyce Handler <br>         Debtor <br><br> William C. Miller Esq. <br>         Trustee | CHAPTER 13 <br> BK NO: 18-12457 MDC |

## ORDER GRANTING EXTENSION

Upon consideration of Movant's Motion requesting extension, it is hereby;

ORDERED that the deadline to file the Briefs be extended to May 3, 2019.

Dated: April 5, 2019

By the court:

*Magdeline D. Coleman*
United States Bankruptcy Judge