# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Cristine Alyce Handler <br> <u>Debtor</u> <br><br> DBI/ASG Mortgage Holdings, LLC <br> <u>Movant</u> <br> v. <br> Cristine Alyce Handler <br> <u>Debtor</u> <br><br> William C. Miller Esq. <br> <u>Trustee</u> | CHAPTER 13 <br> BK NO: 18-12457 MDC |

## ORDER GRANTING EXTENSION

Upon consideration of Movant's Motion requesting extension, it is hereby;

ORDERED that the deadline to file the Briefs be extended to June 14, 2019.

Dated: May 2, 2019

By the court:

*Magdeline D. Coleman*
United States Bankruptcy Judge