United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Cristine Alyce Handler  
    Debtor

Case No. 18-12457-mdc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2      User: John      Page 1 of 1      Date Rcvd: May 02, 2019  
                     Form ID: pdf900      Total Noticed: 7

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 04, 2019.
```
db             +Cristine Alyce Handler,    817 Buck Road,    Holland, PA 18966-2134
cr             +ASG Mortgage Holdings, LLC,    18451 Dallas Parkway,    Ste 100,    Dallas, TX 75287-5209
cr             +Acqura Loan Services as servicer for DBI/ASG Mortg,    c/o KEVIN G. MCDONALD,
                 701 Market St. Suite 5000,    Philadelphia, PA 19106-1541
14097472       +ASG Mortgage Holdings, LLC,    c/o WALTER WILLIAM GOULDSBURY, III,    Udren Law Office, P.C.,
                 111 Woodcrest Rd. Suite 200,    Cherry Hill, NJ 08003-3620
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov May 03 2019 02:29:57     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 03 2019 02:29:45
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 03 2019 02:29:53     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
                                                                                              TOTAL: 3
```

         ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 04, 2019                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 2, 2019 at the address(es) listed below:
```
              JACQUELINE M. CHANDLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              JACQUELINE M. CHANDLER    on behalf of Debtor Cristine Alyce Handler ecfemails@ph13trustee.com,
               philaecf@gmail.com
              KEVIN G. MCDONALD    on behalf of Creditor    Acqura Loan Services as servicer for DBI/ASG Mortgage
               Holdings, LLC bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD    on behalf of Creditor    DBI/ASG Mortgage Holdings, LLC bkgroup@kmllawgroup.com
              PAUL A.R. STEWART    on behalf of Debtor Cristine Alyce Handler pstewart@legalhelm.com,
               jurisabnelson@gmail.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WALTER WILLIAM GOULDSBURY, III    on behalf of Creditor    ASG Mortgage Holdings, LLC
               wgouldsbury@udren.com, vbarber@udren.com
              WALTER WILLIAM GOULDSBURY, III    on behalf of Creditor    DBI/ASG Mortgage Holdings, LLC
               wgouldsbury@udren.com, vbarber@udren.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
                                                                                             TOTAL: 10
```

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Cristine Alyce Handler <br> <u>Debtor</u> <br><br> DBI/ASG Mortgage Holdings, LLC <br> <u>Movant</u> <br> v. <br> Cristine Alyce Handler <br> <u>Debtor</u> <br><br> William C. Miller Esq. <br> <u>Trustee</u> | CHAPTER 13 <br> BK NO: 18-12457 MDC |

**ORDER GRANTING EXTENSION**

Upon consideration of Movant's Motion requesting extension, it is hereby;

ORDERED that the deadline to file the Briefs be extended to June 14, 2019.

By the court:

Dated: May 2, 2019

*Magdeline D. Coleman*

United States Bankruptcy Judge