# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Cristine Alyce Handler<br>    <u>Debtor</u><br><br>DBI/ASG Mortgage Holdings, LLC<br>    <u>Movant</u><br>  v.<br>Cristine Alyce Handler<br>    <u>Debtor</u><br><br>William C. Miller Esq.<br>    <u>Trustee</u> | CHAPTER 13<br>BK NO: 18-12457 MDC |

## ORDER GRANTING EXTENSION

Upon consideration of Movant's Motion requesting extension, it is hereby;

ORDERED that the deadline to file the Briefs be extended to July 12, 2019.

By the court:

Dated: June 18, 2019

*Magdeline D. Coleman*
Chief United States Bankruptcy Judge