UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| Christine Alyce Handler, | : | |
| Debtor. | : | Bankruptcy No.  18-12457-MDC |

# **O R D E R**

**AND NOW**, on October 5, 2018, Christine Alyce Handler (the "Debtor") filed the *Objection to Proof of Claim* (the "Claim Objection") to object to the Proof of Claim filed on behalf of Sortis Financial, Inc. ("Claimant" and together with the Debtor, the "Parties").[1]

**AND**, on January 29, 2019, the Claimant filed the *Response to Objection to Claim No. 2* (the "Response").[2]

**AND**, on January 31, 2019, the Court held a hearing on the Claim Objection and Response, at which time the Court ordered the Parties to submit briefs in support of their respective positions by March 4, 2019 (the "Briefing Deadline").

**AND**, on February 28, 2019, the Court entered an Order granting the Parties an extension of the Briefing Deadline until April 4, 2019.[3]

**AND**, on April 4, 2019, the Court entered an Order granting the Parties a further extension of the Briefing Deadline until May 3, 2019.[4]

**AND**, on May 2, 2019, the Court entered an Order granting the Parties a further extension

---

[1] Bankr. Docket No. 47.

[2] Bankr. Docket No. 67.

[3] Bankr. Docket No. 73.

[4] Bankr. Docket No. 83.

of the Briefing Deadline until June 14, 2019.[5]

**AND**, on June 14, 2019, the Court entered an Order granting the Parties a further extension of the Briefing Deadline until July 12, 2019.[6]

**AND**, neither of the Parties submitted a brief by the extended Briefing Deadline of July 12, 2019 or at any time thereafter.

**AND**, the Parties have not requested, and the Court has not approved a further extension of the Briefing Deadline.

It is hereby **ORDERED** that:

1. The Parties shall submit briefs in support of their respective positions on or before **August 23, 2019**.

2. Upon failure to comply with Paragraph 1 of this Order, the Claim Objection may be denied without further notice or opportunity for a hearing.

Dated: August 9, 2019

*Magdeline D. Coleman*

MAGDELINE D. COLEMAN
CHIEF UNITED STATES BANKRUPTCY JUDGE

Paul A.R. Stewart, Esquire
Legal Helm
333 East Lancaster Avenue, Suite 140
Wynnewood, PA 19096

William C. Miller, Esquire
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105

United States Trustee
Custom House
200 Chestnut Street, Suite 502
Philadelphia, PA 19106-2912

---

[5] Bankr. Docket No. 90.

[6] Bankr. Docket No. 93.