United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 18-12457-mdc
Cristine Alyce Handler                                                  Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: John            Page 1 of 1        Date Rcvd: Aug 09, 2019
                       Form ID: pdf900        Total Noticed: 8

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 11, 2019.
db             +Cristine Alyce Handler,    817 Buck Road,    Holland, PA 18966-2134
cr             +ASG Mortgage Holdings, LLC,    18451 Dallas Parkway,   Ste 100,    Dallas, TX 75287-5209
cr             +Acqura Loan Services as servicer for DBI/ASG Mortg,   c/o KEVIN G. MCDONALD,
                701 Market St. Suite 5000,    Philadelphia, PA 19106-1541
14126727       #+Sortis Financial, Inc.,    18451 Dallas Parkway, Ste 100,    Dallas, TX 75287-5209

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            +E-mail/Text: bncnotice@ph13trustee.com Aug 10 2019 04:02:33     WILLIAM C. MILLER,
                Chapter 13 Trustee,    P.O. Box 1229,   Philadelphia, PA 19105-1229
smg             E-mail/Text: megan.harper@phila.gov Aug 10 2019 04:02:06    City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 10 2019 04:00:33
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 10 2019 04:01:43     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
                                                                                               TOTAL: 4

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 11, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 9, 2019 at the address(es) listed below:
          KEVIN G. MCDONALD    on behalf of Creditor    Acqura Loan Services as servicer for DBI/ASG Mortgage
           Holdings, LLC bkgroup@kmllawgroup.com
          KEVIN G. MCDONALD    on behalf of Creditor    DBI/ASG Mortgage Holdings, LLC bkgroup@kmllawgroup.com
          PAUL A.R. STEWART     on behalf of Debtor Cristine Alyce Handler pstewart@legalhelm.com,
           jurisabnelson@gmail.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WALTER WILLIAM GOULDSBURY, III    on behalf of Creditor    DBI/ASG Mortgage Holdings, LLC
           wgouldsbury@udren.com, vbarber@udren.com
          WALTER WILLIAM GOULDSBURY, III    on behalf of Creditor    ASG Mortgage Holdings, LLC
           wgouldsbury@udren.com, vbarber@udren.com
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
          WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
           philaecf@gmail.com
                                                                                             TOTAL: 8
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| Christine Alyce Handler, | : | |
| Debtor. | : | Bankruptcy No. 18-12457-MDC |

# **O R D E R**

**AND NOW**, on October 5, 2018, Christine Alyce Handler (the "Debtor") filed the *Objection to Proof of Claim* (the "Claim Objection") to object to the Proof of Claim filed on behalf of Sortis Financial, Inc. ("Claimant" and together with the Debtor, the "Parties").[1]

**AND**, on January 29, 2019, the Claimant filed the *Response to Objection to Claim No. 2* (the "Response").[2]

**AND**, on January 31, 2019, the Court held a hearing on the Claim Objection and Response, at which time the Court ordered the Parties to submit briefs in support of their respective positions by March 4, 2019 (the "Briefing Deadline").

**AND**, on February 28, 2019, the Court entered an Order granting the Parties an extension of the Briefing Deadline until April 4, 2019.[3]

**AND**, on April 4, 2019, the Court entered an Order granting the Parties a further extension of the Briefing Deadline until May 3, 2019.[4]

**AND**, on May 2, 2019, the Court entered an Order granting the Parties a further extension

---

[1] Bankr. Docket No. 47.

[2] Bankr. Docket No. 67.

[3] Bankr. Docket No. 73.

[4] Bankr. Docket No. 83.

of the Briefing Deadline until June 14, 2019.[5]

**AND**, on June 14, 2019, the Court entered an Order granting the Parties a further extension of the Briefing Deadline until July 12, 2019.[6]

**AND**, neither of the Parties submitted a brief by the extended Briefing Deadline of July 12, 2019 or at any time thereafter.

**AND**, the Parties have not requested, and the Court has not approved a further extension of the Briefing Deadline.

It is hereby **ORDERED** that:

1. The Parties shall submit briefs in support of their respective positions on or before **August 23, 2019**.

2. Upon failure to comply with Paragraph 1 of this Order, the Claim Objection may be denied without further notice or opportunity for a hearing.

Dated: August 9, 2019

MAGDELINE D. COLEMAN
CHIEF UNITED STATES BANKRUPTCY JUDGE

Paul A.R. Stewart, Esquire
Legal Helm
333 East Lancaster Avenue, Suite 140
Wynnewood, PA 19096

William C. Miller, Esquire
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105

United States Trustee
Custom House
200 Chestnut Street, Suite 502
Philadelphia, PA 19106-2912

---

[5] Bankr. Docket No. 90.

[6] Bankr. Docket No. 93.

2