UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| IN RE: Cristine A. Handler, | : | Case No. 18-12457- MDC |
|  | : | Chapter 13 |
|  | : |  |
|  | : | DEBTOR'S MOTION FOR |
| Debtor | : | VOLUNTARY DISMISSAL OF |
|  | : | CHAPTER 13 CASE |

DEBTOR, moves this honorable Court for an order dismissing the above titled bankruptcy case pursuant to 11 U.S.C. §1307(b) and Local Rule 1017-2(a) and avers as follows:

1. Debtor commenced this voluntary case under Chapter 13 and the case has not been converted under 11 U.S.C. §§ 706, 1112, 0r 1208;

2. Debtor has made no arrangements or agreements with any creditor or other person in connection with this motion for dismissal.

3. Debtor has obtained a loan modification with second mortgage holder that cures all arrears.

4. Debtor will seek state court remedies as necessary to vacate state court foreclosure judgment.

WHEREFORE, Debtor requests this Court grant an ORDER Dismissing the case without prejudice.

August 22, 2019                         /s/ Paul A R Stewart
                                        Attorney for Debtor

UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Cristine A. Handler, | : | Case No. 18-12457-MDC |
| | : | Chapter 13 |
| | : | |
| | : | DEBTOR'S MOTION FOR |
| Debtor | : | VOLUNTARY DISMISSAL OF |
| | : | CHAPTER 13 CASE |

**ORDER**

AND NOW, upon review of Debtor's Motion for Voluntary Dismissal of Chapter 13 Case, it is ORDERED the case is DISMISSED without Prejudice

BY THE COURT

_____
MAGDELINE D COLEMAN, JUDGE

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing <u>Debtor's Motion for Voluntary Dismissal of Chapter 13 Case</u> was served on August 22, 2019 by means of the Court's CM/ECF system upon the following:

**United States Trustee**
833 Chestnut Street, Suite 500
Philadelphia, PA 19107


**William C. Miller, Esquire (Trustee)**
Chapter 13 Trustee
111 S. Independence Mall, Suite 583
Philadelphia, PA 19106
and
1234 MARKET STREET, SUITE 1813
PHILADELPHIA, PA 19107

Kevin G. McDonald, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106

/S/ Paul A.R. Stewart, Esquire
_____
Legal Helm, LLC
Paul A.R. Stewart, Esquire
Attorney for Debtor
333 East Lancaster Avenue
Suite 140
Wynnewood, Pennsylvania 19096
(610) 864-5600
**pstewart@helmlegalservices.com**