UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| IN RE: Cristine A. Handler, | : | Case No. 18-12457-MDC |
|  | : | Chapter 13 |
|  | : |  |
|  | : | DEBTOR'S MOTION FOR |
| Debtor | : | VOLUNTARY DISMISSAL OF |
|  | : | CHAPTER 13 CASE |

**ORDER**

AND NOW, upon review of Debtor's Motion for Voluntary Dismissal of Chapter 13 Case, it is ORDERED the case is DISMISSED without Prejudice

BY THE COURT

August 27, 2019

*Magdeline D. Coleman*

MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE